1  Brian O. O'Mara (Bar No. 229737)
2  briano@dicellolevitt.com
   Steven M. Jodlowski (Bar No. 239074)
3  stevej@dicellolevitt.com
4  DICELLO LEVITT LLP
   4747 Executive Drive, Suite 240
5  San Diego, California 92121
6  (619) 923-3939

7  Diandra S. Debrosse
   fu@dicellolevitt.com
8  DICELLO LEVITT LLP
9  505 20th Street S, Suite 1500
   Birmingham, Alabama 35203
10 (205) 855-5700

11 *Counsel for Plaintiff*

12
13
              IN THE UNITED STATES DISTRICT COURT FOR THE
14
                     CENTRAL DISTRICT OF CALIFORNIA
15

| 16 | DEBRA MATARAZZO | Case No. 2:25-CV-01995 |
|---|---|---|
| 17 | Plaintiff, | |
| 18 | v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| 19 | HENKEL AG & CO. KGAA, a/k/a HENKEL CONSUMER GOODS, INC.; HENKEL CORPORATION d/b/a HENKEL NORTH AMERICAN CONSUMER GOODS; WELLA INTERNATIONAL OPERATIONS SWITZERLAND S.À.R.L.; WELLA OPERATIONS US LLC d/b/a THE WELLA COMPANY; CLAIROL; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; and L'ORÉAL S.A., | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Debra Matarazzo, through undersigned Counsel, hereby gives notice that the above-styled action is voluntarily dismissed without prejudice against Defendants Henkel AG & Co. KGaA a/k/a Henkel Consumer Goods, Inc., and Henkel Corporation d/b/a Henkel North American Consumer Goods; Wella International Operations Switzerland S.A.R.L., and Wella Operations US LLC d/b/a The Wella Company; Clairol; L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; and L'Oréal S.A. (collectively "Defendants") as set forth below:

1. Rule 41(a)(1)(A)(i), Fed. R. Civ. P. states that a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2. At this time, Defendants have not served an answer or filed a motion for summary judgment in this matter.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff Matarazzo hereby voluntarily dismisses this action without prejudice.

DATED: June 5, 2025

/s/ Brian O'Mara
BRIAN O'MARA

Brian O'Mara (Bar No. 229737)
Steven M. Jodlowski (Bar No. 239074)
DiCELLO LEVITT LLP
4747 Executive Drive, Suite 240
San Diego, California 92121
Tel.: (619) 923-3939
briano@dicellolevitt.com
stevej@dicellolevitt.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Diandra S. Debrosse*
DICELLO LEVITT LLP
505 20th Street S, Suite 1500
Birmingham, Alabama 35203
Tel.: (205) 855-5700
fu@dicellolevitt.com

*Counsel for Plaintiff*

*Admitted *pro hac vice*